**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **HETRICK COMPANIES LLC,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-00961-TSE-IDD |
| ) | |
| **IINK, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, October 27, 2023, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant will bring for hearing their Motion to Transfer Venue or, In the Alternative, Compel Arbitration and Dismiss Complaint, filed September 29, 2023.

Dated: October 16, 2023                                                   Respectfully submitted,


*/s/ Stephanie G. Bortnick*
Brian A. Scotti (VSB No.74510)
Stephanie G. Bortnick (VSB No. 87216)
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
Phone: (703) 650-7026
Fax: (202) 800-2999
bscotti@grsm.com
sbortnick@grsm.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 16, 2023, a true copy of the foregoing was electronically filed with the Court's CM/ECF system and served on the following counsel of record:

M. Keith Blankenship
Da Vinci's Notebook, LLC
10302 Bristow Center Drive, No. 52
Bristow, VA 20136
*Counsel for Plaintiffs*

                    */s/ Stephanie G. Bortnick*
                    Stephanie G. Bortnick